Christopher A. Seeger, Esq.
**Seeger Weiss LLP**
One William Street
New York, NY 10004
(212) 584-0700
Attorneys for Plaintiff

IN THE UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No. 07cv0025<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Edward C. Prudence,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Pfizer, Inc.,<br><br>　　　　Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, EDWARD C. PRUDENCE and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: June 15, 2009     By: _____
　　　　　　　　　　　　　　Christopher A. Seeger, Esquire
　　　　　　　　　　　　　　Seeger Weiss LLP
　　　　　　　　　　　　　　One William Street
　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　(212) 584-0700

　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: August 6, 2009     By: _____

　　　　　　　　　　　　　　DLA Piper US LLP
　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　(212) 335-4500

　　　　　　　　　　　　　　*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: _____ August 11 _____, 2009

_____
Hon. Charles R. Breyer
United States District Court

**GRANTED**
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA